**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JULIE WHITE                                              )
                                                         )
       Plaintiff                                  )
                                                         )
v.                                                       )     Case No. 07-CV-2319-CM-GLR
                                                         )
THE GRACELAND COLLEGE CENTER FOR         )
PROFESSIONAL DEVELOPMENT AND             )
LIFELONG LEARNING, INC. d/b/a SKILLPATH )
SEMINARS, et al.                                         )
                                                         )
       Defendants.                                )

**ORDER FOR INSPECTION AND REPRODUCTION
OF RECORDS OF
THE KANSAS DEPARTMENT OF LABOR**

This matter is before the Court on Plaintiff's Motion for Order to Release Kansas Department of Labor Documents (doc. 31). Plaintiff requests an order directing the Kansas Department of Labor (KDL) to make available for inspection and copying all records concerning claims filed by Plaintiff Julie White (xxx-xx-9346) against SkillPath Seminars.

After being fully and duly advised in the premises, the Court finds that the requested documents are discoverable, subject to the Court's review of any objections that may be filed by the KDL. The KDL shall produce such documents for inspection and copying; provided, however, that the KDL may, upon review of its file (1) withhold from production any documents that are deliberative or conciliatory in nature or that are work product of a KDL attorney; and (2) file objections to producing any other documents that the KDL contends it has a legal basis not to produce. Any such objections shall be filed with the Court and served on the parties herein within **twenty (20)** days of the date of this Order.

IT IS THEREFORE ORDERED BY THE COURT that the Kansas Department of Labor shall produce for inspection, by all counsel of record in this matter, all records pertaining to claims filed by Plaintiff Julie White (xxx-xx-9346) against SkillPath Seminars, subject to the qualifications set forth in the preceding paragraph. The Kansas Department of Labor shall allow copies of the same to be made

- 2 -

at the expense of the party requesting such reproduction.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 10th day of January 2008.

<u>s/Gerald L. Rushfelt</u>
Gerald L. Rushfelt
U.S. Magistrate Judge

cc:     All counsel
        and
Kansas Department of Labor
Chief Legal Counsel
401 SW Topeka Boulevard
Topeka, Kansas 66603-3182

WA 941374.2